UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELMER ALEXANDER MARTINEZ
ALVARADO,

                          Petitioner,

        -against-                                          26 Civ. 2990 (AT)

JUDITH ALMODOVAR, in her official capacity as              **ORDER**
Acting Field Office Director, New York Field
Office, U.S. Immigration & Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity
as Secretary, U.S. Department of Homeland
Security; TODD BLANCHE, in his official
capacity as Acting Attorney General, U.S.
Department of Justice; PAUL ARTETA, in his
official capacity as Sheriff and Warden of ICE
facility at Orange County Correctional Facility,

                          Respondents.

ANALISA TORRES, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  4/13/2026

        The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241.  *See* ECF No. 1.  Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

        The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  Counsel for Respondents shall promptly enter an appearance.

        SO ORDERED.

Dated: April 13, 2026
         New York, New York

                                                    _____
                                                    ANALISA TORRES
                                                    United States District Judge