USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 4/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELMER ALEXANDER MARTINEZ ALVARADO,

Petitioner,

-against-

JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director, New York Field Office, U.S. Immigration & Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice; PAUL ARTETA, in his official capacity as Sheriff and Warden of ICE facility at Orange County Correctional Facility,

Respondents.

26 Civ. 2990 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* Pet., ECF No. 1. The Court ORDERS as follows:

1. By **April 15, 2026,** the government shall file a letter with the following information:
   a. The statutory provision(s) under which the government asserts the authority to detain Petitioner;

   b. Whether Petitioner is a member of the "bond eligible" class certified in *Bautista v. Santacruz*, No. 25 Civ. 1873 (SSS), 2025 WL 3288403, at *1 (C.D. Cal. Nov. 25, 2025) (order certifying class) and therefore entitled to declaratory judgment providing that Petitioner is detained under 8 U.S.C. § 1226(a) and not subject to mandatory detention under § 1225(b)(2), *see Bautista v. Santacruz*, No. 25 Civ. 1873 (SSS), 2025 WL 3678485, at *1 (C.D. Cal. Dec. 18, 2025) (final judgment);

   c. Whether there is any basis to distinguish this case from *Gonzalez v. Joyce*, No. 25 Civ. 8250, 2025 WL 2961626 (AT) (S.D.N.Y. Oct. 19, 2025), *Cuy Comes v. DeLeon*, No. 25 Civ. 9283, 2025 WL 3206491 (AT) (S.D.N.Y. Nov. 14, 2025); *Galvez Galvez v. Francis*, No. 26 Civ. 161, 2026 WL 84493 (S.D.N.Y. Jan. 12, 2026); *Lantiguez Alvarado v. Bondi*, No. 26 Civ. 768 (AT), 2026 WL 381810 (S.D.N.Y. Feb. 11, 2026); and *Urbano v. Genalo*, No. 26 Civ. 1466, 2026 WL 867130 (Mar. 29, 2026).

   d. Whether, if there is no basis to distinguish the aforementioned cases, the government consents to issuance of the writ and/or waive the right to answer, subject to preservation of the government's arguments for appeal; and

e. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

2. By **April 15, 2026**, the government shall also confirm that Petitioner remains detained within this District, the Eastern District of New York, or the District of New Jersey, in compliance with the Court's administrative stay order.
3.
4. By **April 16, 2026,** the government shall file an answer to this petition.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

SO ORDERED.

Dated: April 13, 2026
New York, New York

ANALISA TORRES
United States District Judge