**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ELMER ALEXANDER MARTINEZ
ALVARADO,

                          Petitioner,                 26 **CIVIL** 2990 (AT)

          -against-                                   __JUDGMENT__

JUDITH ALMODOVAR, in her official capacity as
Acting Field Office Director, New York Field
Office, U.S. Immigration & Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity
as Secretary, U.S. Department of Homeland
Security; TODD BLANCHE, in his official
capacity as Acting Attorney General, U.S.
Department of Justice; PAUL ARTETA, in his
official capacity as Sheriff and Warden of ICE
facility at Orange County Correctional Facility,

                          Respondents.
-------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 16, 2026, the Petition is GRANTED. The government is

ORDERED to immediately release Martinez from custody.

**DATED:**  New York, New York
          April 17, 2026


                                             **TAMMI M. HELLWIG**
                                   _____
                                             **Clerk of Court**

                          **BY:**
                                   _____
                                             **Deputy Clerk**